UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER NEUHAUSER,

                Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2022_

20 Civ. 10342 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff has informed the Court that service has been effected on Defendant. ECF No. 29. Accordingly, by August 12, 2022, the parties shall submit their joint letter and proposed case management plan, in accordance with ECF No. 6 ¶¶ 4–5.

    SO ORDERED.

Dated: June 13, 2022
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge