UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ALEXANDER NEUHAUSER,

                Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2022

20 Civ. 10342 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff has informed the Court that Defendant has not appeared in this matter. ECF No. 31. Accordingly, by **August 31, 2022**, Plaintiff shall move for a default judgment in accordance with Attachement A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: August 17, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge