

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2025
```

d 212 468 4869
jepstein@dglaw.com

October 7, 2025

**Via ECF and Email (Torres_NYSDChambers@nysd.uscourts.gov)**

The Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Neuhauser v. Bolivarian Republic of Venezuela/Case No. 1:20-CV-10342 (AT)**

Dear Judge Torres:

We represent plaintiff Alexander Neuhauser ("Plaintiff") in the above-referenced action. Pursuant to section I(C) of Your Honor's Individual Practices in Civil Cases, we submit this letter-motion to request an extension of time until February 11, 2026 to file a revised motion for default judgment.

On July 3, 2023, this Court filed a certain order denying Plaintiff's motion for default judgment without prejudice to renewal, and providing Plaintiff until August 3, 2023 to file a revised motion (see Dkt. No. 43). Previously, on July 20, 2023, this Court granted Plaintiff's first letter motion for an extension of time until September 8, 2023 (see Dkt. No. 45), on September 6, 2023, this Court granted Plaintiff's second letter motion for an extension of time until October 9, 2023 (see Dkt. No. 47), on October 6, 2023, this Court granted Plaintiff's third letter motion for an extension of time until December 6, 2023 (see Dkt. No. 49), on December 5, 2023, this Court granted Plaintiff's fourth letter motion for an extension of time until March 6, 2024 (see Dkt. No. 51), on March 6, 2024, this Court granted Plaintiff's fifth letter motion for an extension of time until June 6, 2024 (see Dkt. No. 53), on June 5, 2024, this Court granted Plaintiff's sixth letter motion for an extension of time until September 11, 2024 (see Dkt. No. 57), on September 10, 2024, this Court granted Plaintiff's seventh letter motion for an extension of time until December 11, 2024 (see Dkt. No. 59), on December 10, 2024, this Court granted Plaintiff's eighth letter motion for an extension of time until March 12, 2025 (see Dkt. No. 62) and on March 11, 2025, this Court granted Plaintiff's ninth letter motion for an extension of time until June 12, 2025 (see Dkt. No. 64), and on June 3, 2025, this Court granted Plaintiff's tenth letter motion for an extension of time until October 9, 2025 (see Dkt. No. 66).


District Judge Analisa Torres
October 7, 2025
Page 2

    We are requesting this eleventh extension of time because Plaintiff has passed away, and we remain in communication with his family regarding the status of this action. Our office will need additional time to move to substitute in Plaintiff's estate as the named plaintiff herein and to communicate with Plaintiff's family regarding the administration of his estate. We respectfully request additional time to facilitate these discussions with Plaintiff's family.

    This is Plaintiff's eleventh request for an extension of time to file a revised motion for default judgment. We apologize to this Court for Plaintiff's delay in filing the revised motion and greatly appreciate the Court's consideration. Please let me know if there is any additional information that Plaintiff can provide to the Court related to this request.

GRANTED.

SO ORDERED.

Dated: October 8, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge