UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NEUHAUSER,

                        Plaintiff,

            -against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2026_____

20 Civ. 10342 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 10, 2026, the Court granted Plaintiff's twelfth request for an extension of time to file a revised motion for default judgment and set the deadline for such revised motion to June 11, 2026. *See* ECF No. 71. The Court has received no submissions. Accordingly, by **August 24, 2026**, Plaintiff shall file a letter stating how it intends to proceed in this action.

SO ORDERED.

Dated: July 21, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge