USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/26/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NEUHAUSER,

Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

20 Civ. 10342 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 10, 2026, the Court granted Plaintiff's twelfth request for an extension of time to file a revised motion for default judgment and set the deadline for such revised motion to June 11, 2026. *See* ECF No. 71. Having received no submission, on July 21, 2026, the Court directed Plaintiff to file a letter stating how it intends to proceed in this action by August 24, 2026. *See* ECF No. 72. Plaintiff again made no submission. Accordingly, by **September 23, 2026**, Plaintiff shall file its letter. Plaintiff is advised that failure to respond may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 26, 2026
New York, New York

ANALISA TORRES
United States District Judge