USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NEUHAUSER,

Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

20 Civ. 10342 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

By order dated February 10, 2026, the Court granted Plaintiff's twelfth request for an extension of time to file a revised motion for default judgment and set the deadline for such revised motion to June 11, 2026. *See* ECF No. 71. Having received no submission, on July 21, 2026, the Court directed Plaintiff to file a letter stating how it intends to proceed in this action by August 24, 2026. *See* ECF No. 72. Plaintiff again made no submission. On August 26, 2026, the Court directed Plaintiff to make his submission by September 23, 2026. The Court again received no submission.

Accordingly, by **October 16, 2026**, Plaintiff shall show cause in writing why the Court should not dismiss this action pursuant to Rule 41(b) for failure to prosecute. Failure to respond shall result in dismissal of this case.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANALISA TORRES
United States District Judge